UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA and *ex rel.* TRACY CONROY, PAMELA SCHENK and LISA WILSON,  Plaintiffs/Relators,  v.  SELECT MEDICAL CORPORATION, SELECT SPECIALTY HOSPITAL - EVANSVILLE, and DR. RICHARD SLOAN,  Defendants. | ) ) ) ) ) ) ) CASE NO. 3:12-cv-00051-RLY-DML ) ) ) ) ) ) |

**NOTICE OF THE UNITED STATES OF ITS OPPOSITION TO DISMISSAL OF CERTAIN CLAIMS ON THE BASIS OF THE PUBLIC DISCLOSURE BAR**

Pursuant to the False Claims Act ("FCA"), 31 U.S.C. § 3730(e)(4)(A), the United States notifies the Court that it is exercising its right to object to dismissal of the Second Amended Complaint on the basis of the public disclosure bar for those claims accruing on or after March 23, 2010.[1]

On December 18, 2015, defendants filed their Motion to Dismiss Plaintiffs' Second Amended Complaint. Defendants assert that the Second Amended Complaint must be dismissed because this Court has no subject matter jurisdiction under the Public Disclosure Bar. Select asserts that allegations were publicly disclosed and that the relators are not original sources.

The False Claims Act states in pertinent part:

---

[1] The public disclosure bar of the FCA was amended on March 23, 2010. In *Graham County Soil and Water Conservation Dist. v. U.S. ex rel. Wilson*, 559 U.S. 280, 283 n.1 (2010), the Supreme Court held that this amendment was not retroactive. Thus, it applies only to claims submitted on or after the effective date of the amendments.

>The court shall dismiss an action or claim under this section, <u>unless opposed by the Government</u>, if substantially the same allegations or transactions as alleged in the action or claim were publicly disclosed –(1) in a Federal criminal, civil, or administrative hearing in which the Government or its agent is a party; (ii) in a congressional, Government Accountability Office, or other Federal report, hearing, audit, or investigation; or (iii) from the news media, unless the action is brought by the Attorney General or the person bringing the action is an original source of the information. 31 U.S.C. § 3730(e)(4)(A) (2010) (emphasis added).

In sum, the statute provides that, if the United States objects, the court may not dismiss the action on the ground of public disclosure. The United States hereby notifies the Court that it is exercising its right to object to the dismissal of the action on this ground for those claims accruing on or after March 23, 2010. Accordingly, defendants' motion to dismiss on the ground of public disclosure bar should be denied for those claims.

The United States takes no position on the remaining grounds asserted for dismissal in Select's Motion to Dismiss.

Dated:  February 1, 2015    Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

JOSH J. MINKLER
United States Attorney


<u>s/ Shelese Woods</u>
By: SHELESE WOODS
Assistant United States Attorney

MICHAEL D. GRANSTON
ANDY MAO
VANESSA I. REED
Attorneys Civil Division
United States Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20004
(202) 514-7372
Counsel for the United States

## CERTIFICATE OF SERVICE

      This is to certify that I have served a copy of the foregoing upon the Parties herein, by filing a copy through the Court's CM/ECF system, which will deliver a copy to the following counsel of record on this 1st day of February, 2016.

| | |
|---|---|
| Colette G. Matzzie<br>Larry P. Zoglin<br>PHILLIPS & COHEN, LLP | Lane Siesky<br>Siesky Law Firm, PC |
| Karl A. Thallner, Jr.<br>Andrew C. Bernasconi<br>Thomas Howle Suddath, Jr.<br>Reed Smith LLP | Steven A. Hunt<br>INDIANA ATTORNEY GENERAL'S OFFICE |
| Myra Consetta Selby<br>Bradley L. Williams<br>ICE MILLER LLP | James P Holloway<br>S. Craig Holden<br>OBER KALER GRIMES & SHRIVER, PC |
| Michael C. Keating<br>KEATING & LAPLANTE<br>Old Post Office Place | J. Richard Kiefer<br>Briana Lynn Clark<br>BINGHAM GREENEBAUM DOLL LLP |

      *s/ Shelese Woods*
      Shelese Woods
      Assistant United States Attorney

United States Attorney's Office
10 W. Market, Suite 2100
Indianapolis, Indiana 46204-3048
Telephone:  317-226-6333
Facsimile:  317-226-5027
shelese.woods@usdoj.gov